IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAY 1 2017

Clerk, U S District Court
District Of Montana
Billings

| DARRELL BEGGER, | CV 16-55-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER DISMISSING WITH PREJUDICE |
| RABO AGRIFINANCE, INC., | |
| Defendant. | |

Upon the Stipulated Motion for Dismissal with Prejudice (Doc 30) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 1st day of May, 2017.

SUSAN P. WATTERS
United States District Judge